IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| AMANDA HOLT,<br><br>    Plaintiff,<br><br>vs.<br><br>MILAN LASER CORPORATE LLC,<br><br>    Defendants. | CASE NO.: 3:19-cv-00062-JAJ-HCA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Amanda Holt ("Plaintiff") and Defendants Milan Laser Davenport, LLC, incorrectly named in the above-captioned action as Milan Laser Corporate LLC, and hereby stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: _____, 2019    Amanda Holt, Plaintiff

By: */s/ Stephen T. Fieweger*
    Stephen T. Fieweger
    Stephen T. Fieweger Law
    5157 Utica Ridge Road
    Davenport, IA  52807
    Telephone:  (563) 424-1982
    Facsimile:  (563) 424-1983
    sfieweger@fiewegerlaw.com

Dated: _____, 2019    Milan Laser Corporate, LLC, Defendant

By: */s/ Marcia A. Washkuhn*
    Marcia A. Washkuhn #20009
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    Tel. (402) 346-6000
    Fax (402) 346-1148
    Marcia.Washkuhn@kutakrock.com

## CERTIFICATE OF SERVICE

 I hereby certify that on the _____ day of _____, 2019, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

 Marcia A. Washkuhn
 Kutak Rock LLP
 The Omaha Building
 1650 Farnam Street
 Omaha, NE  68102-2186
 Tel. (402) 346-6000
 Fax (402) 346-1148
 Marcia.Washkuhn@kutakrock.com

*/s/ Stephen T. Fieweger*